NELSON MULLINS RILEY & SCARBOROUGH LLP
RYAN E. COSGROVE, State Bar No. 277907
*ryan.cosgrove@nelsonmullins.com*
19191 South Vermont Avenue, Suite 900
Torrance, CA 90502
Telephone: 424.221.7400
Facsimile: 424.221.7499

JOSEPH T. STEWART (ARIZONA SBN 022047)
LAW OFFICE OF JOSEPH T. STEWART, PLLC
*josephstewartlaw@gmail.com*
3550 North Central Avenue, Suite 1001
Phoenix, Arizona 85012
Telephone: 602.253.3366
Facsimile: 602.362.2570
Admitted *pro hac vice*

Attorneys for Plaintiff
Strategic Executives Agency, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| STRATEGIC EXECUTIVES AGENCY, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>AVALERE HEALTH, LLC a foreign limited liability company; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. 2:18-cv-10459 AB (ADSx)<br><br>**PLAINTIFF STRATEGIC EXECUTIVES AGENCY'S WITNESS LIST**<br><br>Date:        March 13, 2020<br>Time:        10:00 a.m.<br>Judge:       Hon. Andrè Birotte, Jr.<br>Courtroom:   7B<br><br>Action Filed:   October 29, 2018<br>Trial Date:     April 7, 2020 |
|---|---|

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A) and (b), and Local Rule 16.5, Plaintiff Strategic Executives Agency, LLC ("SEA") identifies the following witnesses who SEA expects to call to testify at trial. Pursuant to Local Rule 16.5, witnesses marked with an asterisk (*) may be called only if the need arises.

| Witness's Name, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Chris Haywood – Mr. Haywood may be contacted through SEA's counsel of record, Nelson Mullins Riley & Scarborough LLP | Strategic Executives Agency LLC's business, parties' exclusive executive search contract, the meaning of the contract, managed the projects and work performed under the contract, damages. | 5 hours | | [To be filled in during trial] |
| Emily Callaway – Ms. Callaway may be contacted through SEA's counsel of record, Nelson Mullins Riley & Scarborough LLP | Ms. Callaway is a fact witness who performed the work for projects at issue in the litigation. | 2 hours | | [To be filled in during trial] |
| Sasoon Lee – Ms. Lee may be contacted through SEA's counsel of record, Nelson Mullins Riley & Scarborough LLP | Ms. Lee is a fact witness who was involved in the operations and management of the work performed and performed some of the work for projects at issue in the litigation. | 2 hours | | [To be filled in during trial] |
| Kirk Marangi, MBA – Mr. Marangi may be contacted through SEA's counsel of record, Nelson Mullins Riley & Scarborough LLP | Expert witness regarding the calculation of damages and interest for the work performed under the contract. | 1 hour | | [To be filled in during trial] |

| | Witness | Testimony | Direct | Cross | Time of Testimony |
|---|---|---|---|---|---|
| 1-11 | Stacy Critzer* – SEA believes that Ms. Critzer may be contacted through Avalere's counsel of record, Benbrook Law Group PC and Hicks Thomas LLP | Ms. Critzer read, approved, and signed the exclusive search contract on behalf of Avalere, including negotiating a reduction in the fee percentage from 28% to 25% in exchange for volume (discount for multiple search engagements) through Kyla Nave. Ms. Critzer is also aware of the fact that SEA declined to work on a contingency basis before SEA and Avalere agreed to the exclusive search contract | 1 hour | | [To be filled in during trial] |
| 12-23 | Reginald Williams – SEA believes that Mr. Williams may be contacted through Avalere's counsel of record, Benbrook Law Group PC and Hicks Thomas LLP | Mr. Williams started the party's negotiations is aware that SEA declined to work on a non-exclusive basis. As a former Senior Vice President of the Clientes Services (aka Account Relationship Management) department, he is also aware that SEA performed work on multiple projects at issue in this litigation and interviewed multiple candidates personally. He is also aware of title changes to positions at issue in this litigation | 1 hour | | [To be filled in during trial] |
| 24-28 | Kyla Nave – SEA believes that Ms. Nave may be contacted through Avalere's | Ms. Nave is aware of the negotiations, terms of the agreement, the progress on each search project, the number of roles for which SEA was partnered with Avalere. | 1 hour | | [To be filled in during trial] |

-3- Case No. 2:18-cv-10459 AB (ADSx)
**PLAINTIFF STRATEGIC EXECUTIVES AGENCY'S WITNESS LIST**

| | | | | | |
|---|---|---|---|---|---|
| counsel of record Benbrook Law Group PC and Hicks Thomas LLP | SEA creating and sharing with Avalere a database of its activities on each project and list targeted candidates. She is aware of Avalere's usage of the exclusive search contract contract terms to pay an invoice for a project not named in the Agreement. She is also aware of Avalere's breach of the Agreement and Avalere's decision to invoke SEA's unique replacement search provision as described in the exclusive search agreement. Ms. Nave will also speak to both industry and Avalere norms of having 1 contract per vendor and terms being applied to every project done by that vendor and its practice of using the first project as a placeholder | | | | |

Plaintiff reserves its right to call any witnesses on Defendant's witness list unless objected to.

DATED: February 28, 2020

NELSON MULLINS RILEY & SCARBOROUGH LLP

By:     /s/ *Ryan E. Cosgrove*
RYAN E. COSGROVE
Attorneys for Plaintiff
Strategic Executives Agency, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2020, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

By: /s/ *Ryan E. Cosgrove*