UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:18-cv-10459-AB-ADS | Date: | April 28, 2022 |
|---|---|---|---|

| Title: | *Strategic Executives Agency, LLC v. Avalere Health et al.* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   [In Chambers] ORDER RE: TRIAL READINESS

The Court has reviewed the parties' trial-related filings in preparation for the final pretrial conference and motion in limine hearing set for Friday April 29, 2022. Many of the parties' filings fail to comply with the Court's Order re: Jury/Court Trial (Dkt. No. 59). The Court will not work with non-compliant documents. The Court therefore **STRIKES** all of the following documents:

- All Motions in Limine (Dkt. Nos. 98, 99, 100, 101, 106) for non-compliance with Local Rule 7-3 and the Court's Order re: Court/Jury Trial. Motions in limine should also be numbered.

- Proposed Jury Instructions (Dkt. Nos. 115, 116, 117) for failure to comply with the Court's Order re: Jury/Court Trial, both as to format and content. The parties also purport to dispute (albeit without explanation) generic opening instructions; such disputes are seldom reasonable.

- Proposed Jury Instructions (Dkt. Nos. 169, 170, 171) filed without explanation late afternoon on Wednesday April 27, 2022 (less than 2 days before the final

pretrial conference) that also appear to violate the Court's Order re: Jury/Court Trial, both as to format and content.

- Verdict Forms (Dkt. Nos. 112, 125) for failure to comply with the Court's Order re: Jury/Court Trial, especially for the parties' failure to explain/justify their disagreements.

- The parties also failed to file a Proposed Final Pretrial Conference Order – a document essential to conducting the final pretrial conference.

This case is not ready for the final pretrial conference and motion in limine hearing, or for trial. These dates are therefore **VACATED**.

The parties are **ORDERED** to meet and confer to propose new dates (1) for filing revised/corrected versions of the stricken documents and a proposed Final Pretrial Conference Order; (2) for the final pretrial conference and motion in limine hearing; and (3) for trial. The final pretrial conference and trial dates should be in the fall of 2022. The parties' proposed new schedule must be filed by May 16, 2022.

Before filing any of these documents, the parties **MUST** review the Court's Standing Order (Dkt. No. 10), the Order re: Jury/Court Trial (Dkt. No. 59), and all Local Rules relevant to trial. Filings must comply with the Orders. The parties **MUST** also meet and confer on all issues and use their best efforts to eliminate or minimize the disputes for the Court to resolve. The parties **MUST** fully meet and confer on any motions in limine; if it appears that the movant id not diligently do so on any motion, the Court may summarily deny it.

Finally, the Court notes that the time and resources that the parties will expend on the instant filings as a result of their inability to comply with this Court's Orders would be much better spent in resolving this dispute. The Court urges the parties to reconsider their respective positions with an eye to resolution rather than expending further time, resources, and expense preparing a flurry of revised pretrial documents.

**IT IS SO ORDERED**.