JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATEGIC EXECUTIVES AGENCY, LLC, a California limited liability company,<br><br>           Plaintiff,<br><br>v.<br><br>AVALERE HEALTH, LLC a foreign limited liability company,<br><br>           Defendant. | Case No. 2:18-cv-10459 AB (ADSx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled. The Court commends the parties and Judge Fahey for achieving a settlement.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  August 29, 2022

                                   _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE