JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

| | |
|---|---|
| STRATEGIC EXECUTIVES AGENCY, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AVALERE HEALTH, LLC a foreign limited liability company; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:18-cv-10459 AB (ADSx)<br><br>[U.S.D.C.J. Hon. André Birotte Jr.]<br><br>[~~PROPOSED~~] ORDER RE: DISMISSAL |

The Court APPROVES the parties' Stipulation Re: Dismissal and **ORDERS** that this action, including all claims, causes of action, counterclaims and third-party claims, is hereby dismissed with prejudice, and each party shall bear her/his/its own attorney's fees and costs.

Dated: March 9, 2023

_____
Hon. André Birotte Jr.
UNITED STATES DISTRICT JUDGE

ORDER RE: DISMISSAL